**Order entered September 16, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00676-CV**

**IN THE MATTER OF A.L., A JUVENILE**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-00518-X**

**ORDER**

By letter dated August 27, 2020 appellant informed the Court he was requesting the reporter's record in this appeal. It is unclear whether appellant sent the notice to the court reporter. So that there is no further delay in the reporter's record being filed, the Clerk of the Court is **DIRECTED** to forward appellant's request to Pamela Sumler, Official Court Reporter for the 305th Judicial District Court.

The reporter's record is due within **THIRTY DAYS** of the date of this

order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE